UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                                 Case No.  07-cr-24-01-SM

<u>Thomas Anderson</u>

## O R D E R

Defendant Anderson's motion to continue the final pretrial conference and trial is granted (document 15).   Trial has been rescheduled for the February 2008 trial period.   Defendant Anderson has filed a waiver of speedy trial.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference**:  January 25, 2008 at 4:00 p.m.

**Jury Selection**:  February  5,  2008 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

November 1, 2007

cc:   Philip Utter, Esq.
      Peter Papps, AUSA
      US Probation
      US Marshal